

# Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Karen A. Confoy
Direct Dial: (609) 844-3033
Email Address: kconfoy@foxrothschild.com

June 5, 2015

So Ordered this 12th day of June, 2015
[signature]

**VIA E-MAIL & OVERNIGHT MAIL**
Honorable Lois H. Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

Re: *In re Ductile Iron Pipe Fittings ("DIPF") Direct Purchaser Antitrust Litig.*,
Civil Case No. 12-711 (AET)(LHG);
*In re Ductile Iron Pipe Fittings ("DIPF") Indirect Purchaser Antitrust Litig.*,
Civil Case No. 12-169 (AET)(LHG);
*State of Indiana v. McWane, Inc., et al.*, No. 12-6667 (AET)(LHG)

Dear Judge Goodman:

The parties write to update Your Honor on developments that have occurred subsequent to the April 28, 2015 letter that they jointly submitted. In the previous letter, the parties informed the court that Magistrate Judge Joel B. Rosen (Retired) believed that a second mediation session would be helpful to resolving the litigation. The parties also requested that Your Honor extend the stay until June 12, 2015. Your Honor granted that request.

Since the filing of the previous status letter, Defendant SIGMA and all of the Plaintiffs have entered into settlement agreements.

On May 22, 2015, the remaining parties engaged in mediation with Judge Rosen. All of the Plaintiffs reached a settlement in principle with Defendant Star Pipe Products, Ltd. The settling parties are currently documenting the terms of the settlement, which they will present to the Court with a motion for preliminary approval.

In view of this continuing progress, the parties respectfully request that the Court extend the stay until July 13, 2015. The parties also propose to submit a letter updating Your Honor on the status of the settlement by July 8, 2015.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia
   Florida   Nevada   New Jersey   New York   Pennsylvania



Honorable Lois H. Goodman, U.S.M.J.
June 5, 2015
Page 2

The parties are available to answer any questions Your Honor may have.

Respectfully submitted,

Karen A. Confoy