# UNITED STATES DISTRICT COURT

**DISTRICT OF NEW JERSEY**

**CHAMBERS OF**
**ANNE E. THOMPSON**
**JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET
ROOM 4000
TRENTON, NJ 08608
(609) 989-2123

## LETTER

To: All Parties and Counsel
Re: *In re Ductile Iron Pipe Fittings ("DIPF") Direct Purchaser Antitrust Litigation*, 12-cv-711
*In re Ductile Iron Pipe Fittings ("DIPF") Indirect Purchaser Antitrust Litigation*, 12-cv-169
*State of Indiana v. McWane, Inc.*, 12-cv-6667

May 25, 2017

Dear Counsel,

I would like to schedule an evidentiary hearing within the next three weeks, at which the Court will hear brief witness testimony regarding Defendant's challenges to Plaintiffs' experts in these cases. Only necessary counsel need be present. Please contact my courtroom deputy, Ann Dello Iacono, as soon as possible to schedule the hearing.

Very truly yours,

ANNE E. THOMPSON, U.S.D.J.

RECEIVED
MAY 2 5 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK