**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

OFFICE: TRENTON                                    DATE: 5/24/2017
JUDGE ANNE E. THOMPSON
COURT RECORDER: K.STILLMAN


TITLE OF CASE:
In re Ductile Iron Pipe Fittings ("DIPF")          **CV12-711(AET)**
Direct Purchaser Antitrust Litigation,
_____

In re Ductile Iron Pipe Fittings ("DIPF")          **CV12-169(AET)**
Direct Purchaser Antitrust Litigation,

_____

State of Indiana,                                   **CV12-6667(AET)**
vs.
McWane, Inc., et al.

_____


APPEARANCES:
Karen Confoy, Esq., Joseph DePalma, Esq., Gregory K. Arenson, Esq.,  Elana Katcher, Esq., and
        Kit A. Pierson, Esq., for Direct Purchaser Plaintiffs **(CV12-711)**
Lisa J. Rodriguez, Esq., David Kovel, Esq., William E. Hoese, Esq., and Robert Kitchenoff, Esq.,
        for Indirect Purchaser Plaintiffs **(CV12-169)**
Ellen Meriwether, Esq., for Plaintiff State of Indiana **(CV12-6667)**
Joseph Ostuyich, Esq., William Lavery, Esq., James Proctor, Esq., Jana Seidl, Esq., Alan Truitt, Esq.,
        Paul Marino, Esq. for Defendant McWane, Inc.


NATURE OF PROCEEDINGS:
Motion Hearing held re:
CV12-711 - [432] MOTION to Preclude THE EXPERT DECLARATION OF DR. RUSSELL L. LAMB, and
[424] MOTION To Reinstate [370] MOTION to Certify Class, and opposition.
CV12-169 - [305] Motion for Class Cert, and [307] MOTION to Preclude THE EXPERT DECLARATION OF DR.
JAMES T. MCCLAVE.
CV12-6667 - [121] MOTION to Preclude EXPERT DECLARATION OF DR. JAMES T. MCCLAVE.
Ordered Motions taken under advisement.


TIME COMMENCED: 9:30 a.m.
TIME ADJOURNED: 1:00 p.m.
TOTAL TIME: 3 hour, 30 minutes

                              **s/Ann Dello Iacono**
                              **DEPUTY CLERK**