

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC

**MARK SALAH MORGAN**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8067 F: (973) 206-6692
mmorgan@daypitney.com

August 11, 2017

**VIA E-FILING**

Honorable Lois H. Goodman, U.S.M.J.
United States District Court for the
 District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, New Jersey 08608

    Re:    In Re Ductile Iron Pipe Fittings Litigations
             Nos. 12-cv-00711; 12-cv-00169; 12-cv-06667

Dear Judge Goodman:

    This office represents Defendant McWane, Inc. ("McWane") in connection with the above-referenced matters. Together with Plaintiffs' counsel, we write to advise the Court that the parties have agreed to an additional date of mediation to take place at the New York offices of Baker Botts LLP on September 13, 2017. The mediation will continue with Gregory P. Lindstrom of Phillips ADR.

    We will make ourselves available at the Court's convenience to further discuss this matter, if necessary. Thank you.

    Respectfully yours,

    /s/ Mark Salah Morgan

    Mark Salah Morgan

cc: Counsel of Record (via ECF)

97823790.1