KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
www.kaplanfox.com

WEINSTEIN KITCHENOFF & ASHER LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110-1061
Tel: (215) 545-7200
Fax: (215) 545-6535
www. wka-law.com

September 18, 2017

**VIA ECF**
Honorable Lois H. Goodman, U.S.M.J.
United State District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 7050
Trenton, NJ 08608

> **Re:** ***In Re Ductile Iron Piping Fittings Antitrust Litigations***
> **Civil Case Nos. 12-711, 12-169, 12-6667**

Dear Judge Goodman:

We write on behalf of all current parties in the above-referenced matters. On August 14, 2017, this Court ordered the parties to the above-referenced matters to attempt to schedule a further settlement mediation before Gregory P. Lindstrom of Phillips ADR, and to report the status of those efforts by September 18, 2017.

The parties are now pleased to report that the mediation took place on September 13, 2017, and that an agreement in principle has been reached. The parties will now work together in the coming days to translate their agreement in principle into signed settlement agreements resolving this litigation.

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP

*/s/ Robert S. Kitchenoff*
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC

*/s/ Ellen Meriwether*
Ellen Meriwether
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP

*/s/ Joseph A. Ostoyich*
Joseph A. Ostoyich
BAKER BOTTS LLP